

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2015

No. 04-15-00565-CV

**IN THE INTEREST OF M.C.M.,** a child,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013CVW000960-C3
Honorable Roel Canales, Judge Presiding

# O R D E R

Roxann G. Soto's notification of late record is GRANTED. The reporter's record is due on October 23, 2015. No further extension of time will be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court